✎ PS 8
(3/15)

Case 2:14-cr-00168-TOR   Document 722   Filed 04/02/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Griffith III, Theodore J | Docket No. | 2:14CR00168-TOR-23 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Theodore J Griffith III, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 3rd day of December 2014 under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner. Defendant may not use or possess marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

On February 24, 2015 the Court ordered the following additional condition:

**Condition #16:** Undergo a substance abuse evaluation, as directed by Pretrial Services. Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Condition #9 Violation #1:** The defendant tested presumptive positive for amphetamines on February 25, 2015.

**Condition #9 Violation #2:** The defendant tested presumptive positive for amphetamines on March 30, 2015.

**Condition #16 Violation #3:** The defendant has failed to complete his substance abuse assessment as directed.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:     April 02, 2015 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_April 2, 2015_____
Date