PROB 12C
(6/16)

Report Date: May 4, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Theodore J. Griffith | Case Number: 0980 2:14CR00168-TOR-23 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 60 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: September 25, 2015 |
| Defense Attorney: | Dan Bruce Johnson | Date Supervision Expires: September 24, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence** : On September 28, 2015, Mr. Griffith reported to the United States Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and understood that he needed to follow each condition during his term of supervised release.<br><br>On February 2, 2017, Mr. Griffith's random urinalysis tests were increased to three times per month in response to his self-disclosed relapse on methamphetamine on January 30, 2017. Mr. Griffith was informed that he was to call Alcohol Drug Education Prevention Treatment (ADEPT) each day and to listen for the color "Brown-1". When said color is called, he was directed to supply a urine sample that day between the hours of 7:00 a.m. and 7:00 p.m.  Mr. Griffith understood this directive.<br><br>On April 21, 2017, the color "Brown-1" was called by ADEPT. Mr. Griffith called the undersigned officer late that night and left a message stating he did not call the number and |

        subsequently did not report to ADEPT to supply the urine sample. Mr. Griffith understood that by not reporting to ADEPT and supplying a urine sample, he was in violation of his conditions of supervised release.

2  **Special Condition #16:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 28, 2015, Mr. Griffith reported to the United States Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and understood that he needed to follow each condition during his term of supervised release.

On May 1, 2017, Mr. Griffith's color "Brown-1" was called and he reported to ADEPT to supply a urine sample. The test came back presumptive positive for methamphetamine. Mr. Griffith self-disclosed that he used methamphetamine on April 25, 2017. He signed a drug use admission form at ADEPT on May 1, 2017, reflecting this admission.

On May 2, 2017, Mr. Griffith called the undersigned officer and left a message stating he had screwed up and used. On May 3, 2017, the undersigned officer was able to speak to Mr. Griffith over the phone, and he self-disclosed that he used methamphetamine on April 25, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/04/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

May 5, 2017

Date