PROB 12C
(6/16)

Report Date: October 4, 2018

# United States District Court

**for the**

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 05, 2018**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Theodore J. Griffith | Case Number: 0980 2:14CR00168-WFN-23 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 31, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 60 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>June 22, 2017 | Prison - 30 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 30, 2017 |
| Defense Attorney: | Roger Pevens | Date Supervision Expires: July 29, 2020 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On August 1, 2017, Mr. Griffith reported to the U.S. Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and indicated he understood he needed to follow each condition during his term of supervised release. |
| | On October 2, 2018, Mr. Griffith was directed by the undersigned officer to report to the scheduled Sobriety Treatment and Education Prevention (STEP) program session on October 4, 2018, at 1:30 p.m.. Mr, Griffith failed to report to said session as directed. |

Prob12C
Re: Griffith, Theodore J.
October 5, 2018
Page 2

    2        **<u>Standard Condition #5:</u>** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

            **Supporting Evidence**: On August 1, 2017, Mr. Griffith reported to the U.S. Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and indicated he understood he needed to follow each condition during his term of supervised release.

            On September 27, 2018, Theodore Griffith was terminated from his approved residence at a men's clean and sober home.

    3        **<u>Standard Condition #7:</u>** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

            **Supporting Evidence**: On August 1, 2017, Mr. Griffith reported to the U.S. Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and indicated he understood he needed to follow each condition during his term of supervised release.

            Theodore Griffith has failed to maintain employment since July 2018.

    4        **<u>Special Condition #16:</u>** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: On August 1, 2017, Mr. Griffith reported to the U.S. Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and indicated he understood he needed to follow each condition during his term of supervised release.

            On September 13, 2018, the undersigned officer placed a sweat patch on Mr. Griffith. Said patch was removed on September 19, 2018, and sent to the lab for testing. Said patch was found positive for methamphetamine.

Prob12C
**Re: Griffith, Theodore J.**
**October 5, 2018**
**Page 3**

    5      **Special Condition #14:** You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On August 1, 2017, Mr. Griffith reported to the U.S. Probation Office and was informed of his conditions of supervision. Mr. Griffith was given a copy of his conditions and indicated he understood he needed to follow each condition during his term of supervised release.

        On October 2, 2018, Theodore Griffith admitted to the undersigned officer that he consumed alcohol during the month of September 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/05/2018

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

10/5/2018
Date